*Messrs. Vernon S. Jones* and *Raymond Parmer* for petitioner. No appearance for respondent.

No. 36. TOSTE *v.* MACLEOD, AUDITOR OF PUERTO RICO, ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. James R. Beverley* for petitioner. *Messrs. William Cattron Rigby* and *Nathan R. Margold* for respondents.

No. 41. ALLIED AGENTS, INC. *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. William J. Duiker, Clyde Y. Morris,* and *Bradford S. Magill* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States. By special leave of Court, *Mr. Donald Horne* filed a brief, as *amicus curiae,* in support of the petition; *Mr. Thomas M. Wilkins* was on the brief.

No. 46. GRIFFIN *v.* SMITH, COLLECTOR OF INTERNAL REVENUE, and

No. 47. SAME *v.* UNITED STATES. October 9, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. S. Leo Ruslander, James E. Watson,* and *Frank C. Dailey* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Lee A. Jackson* for respondents. Reported below: 101 F. 2d 348.

No. 147. SMITH *v.* HIGGINS, COLLECTOR OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certio-